PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District |
|---|---|
| **Name** (under which you were convicted): Tymon D. Reed | **Docket or Case No:** 1616-CR03588-01 |
| **Place of Confinement:** Cross-Roads Correctional Center. 1115 E. Pence Rd. Cameron, Mo. 64429 | **Prisoner No.:** 1323435 |
| **Petitioner** (include the name under which you were convicted) Tymon D. Reed | V. **Respondent** (Authorized person having custody of Petitioner) State of Missouri |
| **The Attorney General of the State of:** Missouri | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Circuit Court of Missouri Jackson County, Division 12 at Independence, Missouri.

    (b) Criminal docket or case number (if you know): 1616-CR03588-01

2. (a) Date of the judgment of conviction (if you know): January 11th of 2018

    (b) Date of sentencing: March 2nd of 2018

3. Length of sentence: 17 years

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case:
    2nd Degree Murder - 17-years
    Armed Criminal Action - 3-years

1

6. (a) What was your plea? (Check one)
   (1) Not guilty [✓]
   (2) Guilty [ ]
   (3) Nolo Contendere (no contest) [ ]
   (4) Insanity plea [ ]

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

   (c) If you went to trial, what kind of trial did you have? (check one)
   Jury [✓]   Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   Yes [✓]   No [ ]

8. Did you appeal from the judgment of conviction?
   Yes [✓]   No [ ]

9. If you did appeal, answer the following:

   (a) Name of court: Missouri Court of Appeals, Western District

   (b) Docket or case number (if you know): WD 81550

   (c) Result: Denial

   (d) Date of result (if you know):

   (e) Citation to the case (if you know):

   (f) Grounds raised: Trial Court erred in Failing to Sua Sponte give the Jury Self-Defense instructions. Trial Court abused its discretion when it overruled Reed's Batson Challenge to Panelist Number 27. Trial Court Abused its discretion in admitting States Exhibit 6 and 7.

   (g) Did you seek further review by a higher state court?   Yes [✓]   No [ ]

   If "Yes," answer the following:

   (1) Name of court: Missouri Supreme Court

   (2) Docket or case number (if you know): WD 81550

   (3) Result: Denial

   (4) Date of result (if you know):

(5) Citation of the case (if you know): _____

(6) Grounds raised:




(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☑
If "Yes," answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petition, application or motions concerning this judgment of conviction in any state court?
Yes ☑      No ☐

11. If your answer to Question 10 was "YES," give the following information:

(a) (1) Name of court: Missouri Court of Appeals Western District

(2) Docket or case number (if you know):
WD 84307

(3) Date of filing (if you know):

(4) Nature of the proceeding:
29.15

(5) Grounds raised: Trial Counsel was ineffective for failing to subpoena and call jurors to testify at the Sentencing Hearing. Ineffective for failing to Argue imperfect Self Defense in closing.




(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
Yes ☑      No ☐

(7) Result: Denial

(8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:


3

Case 4:23-cv-00330-HFS   Document 1   Filed 05/12/23   Page 3 of 13

(2) Docket of case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
Yes ☐   No ☐

(7) Result:

(8) Date of Result (if you know):

(c) If you file a third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket of case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
Yes ☐   No ☐

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition      Yes ☑   No ☐
(2) Second petition   Yes ☐   No ☐
(3) Third petition     Yes ☐   No ☐

4

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** Instructing the Jury on Self-Defense

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

A Self-Defense instruction was Not Given During Trial.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One**:

    (1) If you appealed from the judgment of conviction, did your raise this issue?
    Yes [✓]    No [ ]

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why.

(d) **Post-Conviction Proceedings**:

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?  Yes [ ]    No [✓]

    (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition:

        Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?
Yes [✓]   No [ ]

(4) Did you appeal from the denial of your motion or petition?
Yes [✓]   No [ ]

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes [✓]   No [ ]

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Missouri Supreme Court_

Docket or case number (if you know): WD 81550

Date of the court's decision:

Result (attach a copy of the court's opinion or order if available): _Denial_

(7) If your answer to Question (d)(4) or Questions (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** _Court overruling Reed's Batson Challenge_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

_Batson challenge was Dismissed._

6

(b) If you did not exhaust your state remedies on Ground Two, explain why:_____

(c) **Direct Appeal of Ground Two**:

    (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes [✓]    No [ ]

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why?_____

(d) **Post-Conviction Proceedings**:

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    Yes [ ]    No [✓]

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion or petition?
    Yes [✓]    No [ ]

    (4) Did you appeal from the denial of your motion or petition?
    Yes [✓]    No [ ]

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
    Yes [✓]    No [ ]

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: *Missouri Supreme Court*

    Docket or case number (if you know):
    *WD 81550*
    Date of the court's decision:

    Results (attach a copy of the court's opinion or order if available):
    *Denial*

7

Case 4:23-cv-00330-HFS   Document 1   Filed 05/12/23   Page 7 of 13

(7) If your answer to Question (d)(4) or Questions (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground Two:

---

**GROUND THREE:** Trial Counsel ineffective For Failing to Argue imperfect Self-Defense in Closing.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

Claimed Guilt As a Trial Strategy Unknown to the Defendant

(b) If you did not exhaust your state remedies on Ground Three, explain why:

---

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why?

Trial Strategy is Not a Trial Court Error

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☑   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: 29.15
Name and location of the court where the motion or petition was filed: Missouri Court of Appeals Western District
Docket or case number (if you know): WD 84307
Date of the court's decision: _____

8

Remark (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?
Yes ☑   No ☐

(4) Did you appeal from the denial of your motion or petition?
Yes ☑   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☑   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Missouri Supreme Court

Docket or case number (if you know):

WD 84307

Date of the court's decision:

Results (attach a copy of the court's opinion or order if available):

Denial

(7) If your answer to Question (d)(4) or Questions (d)(5) is "No," explain why you did not raise this issue:


(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground Three:


**GROUND FOUR:** Trial Counsel ineffective for failing to subpoena Jurors to the Sentencing Hearing.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

Jurors Melonne Mack & Sharon (S.W.) were Not given A Subpoena for Sentencing.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

9

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐    No ☑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why.

    Not a Trial Court Error

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    Yes ☑    No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition:
    29.15

    Name and location of the court where the motion or petition was filed:

    Missouri Court of Appeals Western District

    Docket or case number (if you know):
    WD84307

    Date of the court's decision:

    Result (attach of copy of the court's opinion or order, if available):
    Denial

    (3) Did you receive a hearing on your motion or petition?
    Yes ☑    No ☐

    (4) Did you appeal from the denial of your motion or petition?
    Yes ☑    No ☐

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☑    No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:
    Missouri Supreme Court

    Docket or case number (if you know):
    WD84307

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order if available):
    Denial

(7) If your answer to Question (d)(4) or Questions(d)(5) is "No", explain why you did not raise this issue:

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground Four:

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?     Yes ☑     No ☐

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  Yes ☐     No ☑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach of copy of any court opinion or order, if available:

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal for the judgment you are challenging?     Yes ☐     No ☑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised:

16. Give the name and address, if you know, of each attorney who represented you in the following state of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: Molly Hastings

(d) At sentencing: Molly Hastings

(e) On appeal: Keith O'Conner; Kate Merwald

(f) In any post-conviction proceeding: Keith O'Conner & Kate Merwald

(g) On appeal from any ruling against you in a post-conviction proceeding:
Keith O'Conner & Kate Merwald

17. Do you have any future sentence to serve after you complete the sentence for the judgment you are challenging? Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*(see below)

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period limitations shall apply to an application for writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitations period shall run from the latest of:
(A) the date on which the judgment became final by the conclusion of direct review or the

12

expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitution right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of true diligence.
(2) The time during which a property filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitations under this subsection.

---

Therefore, petitioner asks that the Court grant the following relief:

Reversal of Conviction or Re-Sentencing,

or any other relief to which petitioner is entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __05-05-23__ (month, date, year).

Executed (signed) on __05-05-23__ (Date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

[ ]

13